```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A05-0271--CV (JKS)
                    "USA V 720 COUNTERFEIT MICROSOFT USB-232"

           Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:   The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:   The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:   4(12)
            Filed:   11/17/05
           Closed:   NO

      Jurisdiction:   (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:   (690) Other forfeiture and penalty suits
                      19L1526(E) & 1595(C)(2)(C)
            Origin:   (1) Original Proceeding
            Demand:
        Filing fee:   Waived
          Trial by:
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | James N. Barkeley<br>U.S Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 1.1 | 720 COUNTERFEIT MICROSOFT USB-232 CONVERTERS | No counsel found for this party! |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0271--CV (JKS)
                         "USA V 720 COUNTERFEIT MICROSOFT USB-232"

                                   For all filing dates
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
      Referral Rule:  4(12)
              Filed:  11/17/05
             Closed:  NO

       Jurisdiction:  (1) U.S. Plaintiff
      PLF Diversity:
      DEF Diversity:

     Nature of Suit:  (690) Other forfeiture and penalty suits
                      19L1526(E) & 1595(C)(2)(C)
             Origin:  (1) Original Proceeding
             Demand:
         Filing fee:  Waived
           Trial by:
```

```
Document #   Filed      Docket text

     1 -  1  11/17/05   Complaint filed w/att exhs..

     2 -  1  11/17/05   PLF 1 motion (request) for judicial issuance of in rem warrant of
                        arrest.

     3 -  1  11/17/05   JKS Minute Order that case referred to MJ Roberts per MJ Rule 4(12). cc:
                        cnsl, MJ Roberts

  NOTE -  1  11/18/05   Issued: In Rem WOA re: def property as stated.

     2 -  2  11/18/05   JDR Order granting motion (request) for judicial issuance of in rem
                        warrant of arrest (2-1).  cc: cnsl
```