# ALASKA Journal of Commerce

Fines Penalties & Forefeitures
Public Notices
FILE NO:
Ad#: 00047055

2004 3195 000 277 01

APPROVED FOR PAYMENT # 26
186.15

## AFFIDAVIT OF PUBLICATION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ALASKA, THIRD DISTRICT BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC THIS DAY PERSONALLY APPEARED Lara Sandvik WHO, BEING FIRST DULY SWORN, ACCORDING TO THE LAW, SAYS THAT SHE IS THE Business Manager OF THE ALASKA JOURNAL OF COMMERCE PUBLISHED AT 301 ARTIC SLOPE AVENUE, SUITE 350, IN SAID THIRD DISTRICT AND STATE OF ALASKA AND THAT ADVERTISEMENT, OF WHICH THE ANNEXED IS A TRUE COPY, WHICH WAS PUBLISHED IN SAID PUBLICATION APPEARING ON THE<br><br>02/12/2006<br>12th DAY OF FEBRUARY 2006<br><br>AND THERE AFTER FOR 3 CONSECUTIVE WEEK(S) AND THE LAST PUBLICATION APPEARING ON<br><br>02/26/2006<br>26th DAY OF FEBRUARY 2006<br><br>*[signature]*<br>Lara Sandvik<br>Business Manager<br>SUBSCRIBED AND SWORN BEFORE ME THIS 1st DAY OF March 2006<br><br>*[signature]*<br><br>NOTARY PUBLIC STATE OF ALASKA<br>MY COMMISSION EXPIRES 1/14/09<br><br>TRACY L. ALLISON<br>NOTARY PUBLIC<br>STATE OF ALASKA<br>My Comm. Exp. 01/14/09 | ATTACH PROOF OF PUBLICATION HERE<br><br>2004 3195 000 277 01<br><br>Notice of UNITED STATES OF AMERICA v. 720 COUNTERFEIT MICROSOFT USB-232 CONVERTERS, Case No. A05-271 CV (JKS)<br><br>To all interested persons in the above-styled case, notice is hereby given that on November 17, 2005, the United States of America filed an action pursuant to 19 U.S.C. § 1526(e) and 19 U.S.C. § 1595a(c)(2)(C) for the forfeiture of 720 counterfeit Microsoft USB-232 Converters. Pursuant to 18 U.S.C. § 983(a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, not later than 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is earlier. The claim shall identify the interest or right in the property and be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.<br>All such claims and answers must be filed with the Office of the Clerk, United States District Court, 222 West 7th Avenue, Box 4, Room 229, Anchorage, Alaska 99513-7564, with a copy thereof sent to Assistant United States Attorney James Barkeley at 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513-7567.<br>Pub: 2/12, 19 & 26, 2006<br>IO#06-0162<br><br>CERTIFY THAT THE ABOVE ARTICLES WERE RECEIVED AND/OR SERVICE PERFORMED.<br><br>*[signature]*<br>907-271-2682<br><br>3-10-06 |

Exhibit 1
Page 1 of 1 pages