## Voke, Katie

**From:** Voke, Katie
**Sent:** Friday, November 18, 2005 10:53 AM
**To:** 'winnie@mct.com.tw'
**Cc:** Barkeley, Jim; 'linda.wilhelm@dhs.gov'

Winnie,

We have finally filed a Complaint seeking forfeiture of the offending USB converters. Attached are your service copies of the Verified Complaint for Forfeiture, Request for Judicial Issuance of In Rem Warrant of Arrest, and proposed In Rem Warrant of Arrest. These copies are, of course, unsigned; if you want signed copies mailed to you, please reply via email or call (907) 271-3699.

PLEASE UNDERSTAND THAT EVEN THOUGH YOU FILED A CLAIM IN THE ADMINISTRATIVE ACTION, YOU MUST NOW APPEAR AGAIN IN THIS COURT ACTION, FILE A VERIFIED CLAIM & AN ANSWER TO THE COMPLAINT, AND OTHERWISE RESPOND AS REQUIRED, OR YOU WILL BE DEFAULTED BY THE COURT. PLEASE READ THE DOCUMENTS CAREFULLY. YOU MAY WISH TO CONSULT AN ATTORNEY.

Although our legal positions are adversary in nature, I have appreciated your courteous attitude.

//Jim & Katie


Complaint.1.wpd


Req.Iss.Warr.wpd


Warrant.wpd

Exhibit 2
Page 1 of 1 pages