[FedEx International Air Waybill — Manifest/Billing Copy]

Tracking Number: 400-4554 4892

Date: 01/18/06

From:
- Sender: KATIE VOKE
- Company: DEPT OF JUSTICE/US ATTYS OFC
- Address: 222 W 7TH AVE RM 253
- City: ANCHORAGE, AK, USA
- ZIP: 99513-7567
- Phone: (907) 271-2304

Sender Internal Billing Reference: 720 Counterfeit MS USB-232

To:
- Recipient: ALAN BEAN
- Company: MUTEK TRANSCOM, LTD.
- Address: FARLEIGH HOUSE, FROME ROAD
- City: BRADFORD ON AVON
- State/Province: WILTSHIRE
- Country: GREAT BRITAIN
- ZIP: BA15 1LE
- Phone: 441 225 866650

Service: FEDEX International Priority (FEDEX Letter)

Packaging: FEDEX Letter (9 1/2 x 12 1/2)

Broker Selection: 1 (Broker)

Payment:
- Transportation Charges: Bill Sender — 1510-3560-4
- Duties and Taxes: Bill Sender — 1510-3560-4

Does this shipment contain dangerous goods? No

Description of Contents: documents
Number of Packages: 1
Total Weight: 6 lbs / 7.502 kgs (U.S.)
Country of Manufacture: U.S.
Total Declared Value for Carriage: 0
Total Declared Value for Customs: 0

Signature: Katie Voke
Signature: Katie Voke

PART 147000 REV 03/95
SRC 96
227

Exhibit 3
Page 1 of 2 pages



**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253          Commercial: (907) 271-5071
Anchorage, Alaska 99513-7567               Fax Number: (907) 271-2344

January 18, 2006                        *Sent Via Federal Express–International*

Alan Bean
MUTEK TRANSCOM, LTD.
Farleigh House, Frome Road
Bradford on Avon
Wiltshire, Great Britain BA15 1LE

Re:  United States v. 720 Counterfeit Microsoft USB-232 Converters
     U.S. District Court (D. Alaska), Case No. 3:05-cv-115-JKS
     Notice of Forfeiture Proceedings

Dear Mr. Bean:

Please accept the attached Notice of judicial forfeiture in the above-referenced case, as well as photocopies of the Verified Complaint for Forfeiture and Request for Judicial Issuance of In Rem Warrant of Arrest filed November 17, 2005.

Thank you.

TIMOTHY M. BURGESS
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney

*Katie Voke*

KATIE VOKE
Asset Forfeiture Attorney

/Encl.

Exhibit  3
Page  2  of  2  pages