Case 3:05-cv-00271-JKS   Document 4-5   Filed 05/15/2006   Page 1 of 1

```
                                                          DATE JAN-18-2006    TIME 10:08    P.01

    MODE = MEMORY TRANSMISSION          START=JAN-18 09:57      END=JAN-18 10:08

    FILE NO.= 007

STN NO.   COM   ABBR NO.    STATION NAME/TEL.NO.   PAGES    DURATION

001       OK                9011886232346606       038/038  00:10'27"

                                                   -US ATTORNEYS OFFICE   -

                                                          907 271 2303-
```



# FAX TRANSMISSION

### UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUILDING U.S. COURTHOUSE, 222 W. 7TH AVE., RM. C-253
ANCHORAGE, ALASKA 99513-7567
(907) 271-5071 [MAIN]
FAX: (907) 271-3224

| | | | |
|---|---|---|---|
| **To:** | Winnie Kang<br>Magic Control Technology Corporation<br>6F, #120-11, Chung Shan Road, Sec. 3<br>Chung Ho, Taipei, Taiwan 23500 | **Date:** | January 18, 2006 |
| **Fax #:** | (886) 2-3234-6606 | **Pages:** | 38 (including cover sheet) |
| **From:** | Katie Voke<br>United States Attorney's Office | | |
| **Re:** | United States v. 720 Counterfeit Microsoft USB-232 Converters<br>U.S. District Court (D. Alaska), Case No. 3:05-cv-115-JKS<br>Notice of Forfeiture Proceedings | | |

**COMMENTS:**

Ms. Kang,

Please accept the attached Notice of forfeiture and photocopies of the Verified Complaint for Forfeiture and Request for Judicial Issuance of In Rem Warrant of Arrest dated November 17, 2005, in the above-referenced case.

Thank you.

/s/ Katie Voke
//Katie Voke

NOTICE TO RECIPIENT
The information contained in this facsimile is intended only for the individual or organization named above and may contain sensitive or privileged information. If you are not the intended recipient, any dissemination or reproduction of this communication is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents transmitted.

Exhibit ___4___
Page __1__ of __1__ pages