IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cv-271-JKS |
| | ) | |
| Plaintiff, | ) | **ENTRY OF DEFAULT** |
| | ) | |
| v. | ) | |
| | ) | |
| 720 COUNTERFEIT MICROSOFT | ) | |
| USB-232 CONVERTERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS the notice of this forfeiture action has been published in the Alaska Journal of Commerce on February 12, 19, and 26, 2006;

AND WHEREAS according to the record in this case and the affidavit of counsel for the plaintiff, said claimant has failed to plead or otherwise defend in said action as required by said notice and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Cases;

AND WHEREAS according to the record in this case and the affidavit of counsel for the plaintiff, no persons or entities have pled or otherwise defended in said action as required by said notice and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Cases;

IT IS THEREFORE ORDERED, on request of counsel for plaintiff, the DEFAULT is hereby entered of claimant Magic Control Technology Corporation, and of all persons and entities claiming an interest in the defendant property, excluding those who have filed claims and answers pursuant to Rule C of the Supplemental Rules for Certain Admiralty and

Maritime Cases or complaints in intervention in the above-captioned case.

     DATED:_____

_____
HON. JAMES K. SINGLETON, JR.
United States District Judge