DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cv-271-JKS |
| | ) | |
| Plaintiff, | ) | **AFFIDAVIT OF COUNSEL IN** |
| | ) | **SUPPORT OF APPLICATION FOR** |
| v. | ) | **ENTRY OF DEFAULT** |
| | ) | |
| 720 COUNTERFEIT MICROSOFT | ) | |
| USB-232 CONVERTERS, | ) | |
| | ) | |
| Defendant. | ) | |

STATE OF ALASKA          )
                         )ss.
THIRD JUDICIAL DISTRICT  )

JAMES BARKELEY, being duly sworn under oath, deposes and states as follows:

1.   That I am an Assistant U.S. Attorney for the District of Alaska, duly authorized to act as an attorney for the plaintiff herein.

2.   That notice of this judicial forfeiture action was published in the Alaska Journal of Commerce on February 12, 19, and 26, 2006. Exhibit 1.

3. That claimant, Magic Control Technology Corporation, was served with the Verified Complaint for Forfeiture, the Request for Judicial Issuance of <u>In Rem</u> Warrant of Arrest, and proposed In Rem Warrant of Arrest via email, to Winnie Kang at <u>winnie@mct.com.tw</u>, on November 18, 2005. Exhibit 2.

4. That Mutek Transcom, Ltd. was served with notice of this judicial forfeiture action and copies of the Verified Complaint for Forfeiture, the Request for Judicial Issuance of <u>In Rem</u> Warrant of Arrest, and proposed In Rem Warrant of Arrest via Federal Express, to Alan Bean, on January 18, 2006. Exhibit 3.

5. That claimant, Magic Control Technology Corporation, was served with notice of this judicial forfeiture action via facsimile to Winnie Kang on January 18, 2006. Exhibit 4.

6. That to the best of my information and knowledge the claimant is not an infant or incompetent person and is not in the military service within the purview of the Soldiers' and Sailors' Relief Act of 1940, as amended.

7. That more than 30 days, exclusive of the date of service, have elapsed since the claimant was served with process, and no claim or answer has been served or filed, and the time for doing so has now fully elapsed, and therefore the claimant is now in default.

8. That more than 30 days have elapsed since the date of final publication of notice of this judicial forfeiture action, and no claim or answer has been served or filed by any person or entity, and the time for doing so has now fully elapsed, and therefore all

persons and entities claiming an interest in the defendant property are now in default.

EXECUTED this 15th day of May, 2006 in Anchorage, Alaska.

                                                /s/ James Barkeley
                                          JAMES BARKELEY
                                          Assistant U.S. Attorney
                                          Federal Building & U.S. Courthouse
                                          222 W. 7th Avenue, #9, Room 253
                                          Anchorage, AK 99513-7567
                                          Phone: (907) 271-3699
                                          Fax: (907) 271-1500
                                          Email: jim.barkeley@usdoj.gov
                                          Alaska Bar No. 8306019

SUBSCRIBED AND SWORN TO before me on this 15th day of May, 2006 in Anchorage, Alaska.

                                          /s/ Brenda Birmingham
                                          NOTARY PUBLIC, State of Alaska
                                          My commission expires: _____