DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cv-271-JKS |
| | ) | |
| Plaintiff, | ) | **MOTION FOR ENTRY OF** |
| | ) | **DEFAULT JUDGMENT** |
| v. | ) | |
| | ) | |
| 720 COUNTERFEIT MICROSOFT | ) | |
| USB-232 CONVERTERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   Plaintiff United States of America, by and through counsel, pursuant to Federal Rule of Civil Procedure 55(b), moves this Court for entry of a default judgment in favor of the United States and against claimant, Magic Control Technology Corporation, and against all those persons and entities claiming an interest in the defendant property in this case, for failure to plead, answer, or otherwise defend, as required by law.

This motion is based on the Entry of Default filed by the Clerk of Court on May 16, 2006 (dkt. 6), the attached Affidavit of Counsel, and the record in this case.

Respectfully submitted this 28th day of July, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/James Barkeley
>JAMES BARKELEY
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3699
>Fax: (907) 271-1500
>Email: jim.barkeley@usdoj.gov
>Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of
the foregoing MOTION FOR ENTRY OF DEFAULT JUDGMENT
was sent via U.S. Mail this 28th day of July, 2006, to:

Winnie Kang
MAGIC CONTROL TECHNOLOGY CORPORATION
6F, #120-11, Chung Shan Rd., Sec. 3
Chung Ho, Taipei, Taiwan 23500

Alan Bean
MUTEK TRANSCOM, LTD.
Farleigh House, Frome Road
Bradford on Avon
Wiltshire, Great Britain BA15 1LE

s/James Barkeley