IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cv-271-JKS |
| | ) | |
| Plaintiff, | ) | **DEFAULT JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| 720 COUNTERFEIT MICROSOFT USB-232 CONVERTERS, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

WHEREAS the Entry of Default was filed by the Clerk of Court on May 16, 2006 (docket 6);

AND WHEREAS according to the record in this case and the Affidavit of Counsel for the plaintiff, claimant Magic Control Technology Corporation has failed to plead or otherwise defend as required by the notice of this judicial forfeiture action and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Cases;

AND WHEREAS according to the record in this case and the Affidavit of Counsel for the plaintiff, no persons or entities have pled or otherwise defended in said action as required by said notice and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Cases;

IT IS THEREFORE ORDERED, on request of counsel for plaintiff, the DEFAULT JUDGMENT is hereby entered of claimant Magic Control Technology Corporation, and of

all persons and entities claiming an interest in the defendant property.

    DATED:_____

                                         _____
                                         HON. JAMES K. SINGLETON, JR.
                                         United States District Court Judge