DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cv-271-JKS |
| | ) | |
| Plaintiff, | ) | **AFFIDAVIT OF COUNSEL IN** |
| | ) | **SUPPORT OF MOTION FOR** |
| v. | ) | **ENTRY OF DEFAULT JUDGMENT** |
| | ) | |
| 720 COUNTERFEIT MICROSOFT | ) | |
| USB-232 CONVERTERS, | ) | |
| | ) | |
| Defendant. | ) | |

STATE OF ALASKA        )
                                          )ss.
THIRD JUDICIAL DISTRICT    )

JAMES BARKELEY, being duly sworn under oath, deposes and states as follows:

1. That I am an Assistant U.S. Attorney for the District of Alaska, duly authorized to act as an attorney for the plaintiff herein.

2. Entry of Default was filed by the Clerk of Court on May 16, 2006, as against claimant Magic Control Technology Corporation, and against all persons and entities

1 and is incorporated herein by reference.

3. No claim or answer has been served or filed by any person or entity in this action, and therefore, the United States is entitled to judgment by default against all persons and entities claiming an interest in the defendant property.

EXECUTED this 25th day of July, 2006 in Anchorage, Alaska.

_____
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

SUBSCRIBED AND SWORN TO before me this 25th day of July, 2006, in Anchorage, Alaska.

_____
NOTARY PUBLIC, State of Alaska
My commission expires: 5/16/__