DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-271-JKS |
| | ) | |
| Plaintiff, | ) | **MOTION FOR DECREE OF** |
| | ) | **FORFEITURE** |
| v. | ) | |
| | ) | |
| 720 COUNTERFEIT MICROSOFT | ) | |
| USB-232 CONVERTERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 55 and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Plaintiff United States of America respectfully moves this Court for entry of a decree of forfeiture. Said motion is supported by the previously filed Verified Complaint for Forfeiture, Order granting Request for Judicial Issuance of In Rem Warrant of Arrest, and the attached Declaration of Counsel. A proposed decree of forfeiture

is submitted herewith.

    DATED this 28th day of July, 2006 in Anchorage, Alaska.

                                                          DEBORAH M. SMITH
                                                          Acting United States Attorney

                                                          s/James Barkeley
                                                          JAMES BARKELEY
                                                          Assistant U.S. Attorney
                                                          Federal Building & U.S. Courthouse
                                                          222 W. 7th Avenue, #9, Room 253
                                                          Anchorage, AK 99513-7567
                                                          Phone: (907) 271-3699
                                                          Fax: (907) 271-1500
                                                          Email: jim.barkeley@usdoj.gov
                                                          Alaska Bar No. 8306019


**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy
of the foregoing MOTION FOR DECREE OF FORFEITURE
was sent via U.S. Mail this 28th day of July, 2006, to:

Winnie Kang
MAGIC CONTROL TECHNOLOGY CORPORATION
6F, #120-11, Chung Shan Rd., Sec. 3
Chung Ho, Taipei, Taiwan 23500

Alan Bean
MUTEK TRANSCOM, LTD.
Farleigh House, Frome Road
Bradford on Avon
Wiltshire, Great Britain BA15 1LE


s/James Barkeley