IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cv-271-JKS |
| ) | |
| Plaintiff, ) | **DECREE OF FORFEITURE** |
| ) | |
| v. ) | |
| ) | |
| 720 COUNTERFEIT MICROSOFT ) | |
| USB-232 CONVERTERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On November 17, 2005, a Verified Complaint For Forfeiture against the defendant property was filed on behalf of the plaintiff, United States of America (docket 1). The Complaint alleged that the defendant property, described as 720 COUNTERFEIT MICROSOFT USB-232 CONVERTERS, constitutes imported merchandise which copied or simulated the "Microsoft" registered trademark of Microsoft Corporation and/or bore a name or mark calculated to induce the public to believe that the property was manufactured in the United States in violation of 15 U.S.C. § 1124, and merchandise imported into the United States without the written consent of the trademark owner to use the registered trademark name at the time of importation in violation of 19 U.S.C. § 1526(a), and is, therefore, subject to forfeiture to the United States of America pursuant to 19 U.S.C. § 1526(e) and 19 U.S.C. § 1595a(c)(2)(C).

It appearing that process was fully issued in this action and returned according to law;

The defendant property is now in the custody of United States Customs and Border Protection;

That on November 18, 2005, Magic Control Technology, Corporation was served with copies of the Verified Complaint for Forfeiture and Request for Judicial Issuance of In Rem Warrant of Arrest via email;

That on January 18, 2006, Mutek Transcom, Ltd. was served via Federal Express with notice of this judicial forfeiture action, together with copies of the Verified Complaint for Forfeiture and Request for Judicial Issuance of In Rem Warrant of Arrest;

That on January 18, 2006, Magic Control Technology, Corporation was served again with notice of this judicial forfeiture action, along with copies of the Verified Complaint for Forfeiture and Request for Judicial Issuance of In Rem Warrant of Arrest via facsimile;

That notice of this action was published in the Alaska Journal of Commerce on February 12, 19, and 26, 2006;

That Entry of Default was entered by the Clerk of Court on May 16, 2006 (docket 6), as against all persons and entities claiming an interest in the defendant property;

That claimant Magic Control Technology, Corporation failed to file a claim or answer to the Complaint pursuant to Admiralty Rule C;

That Mutek Transcom, Ltd. failed to file a claim or answer to the Complaint pursuant to Admiralty Rule C;

That the time for filing has expired, and no claims or answers have been filed in this action;

Now, therefore, on motion of the plaintiff, United States of America, for a decree of

forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the defendant property, 720 COUNTERFEIT MICROSOFT USB-232 CONVERTERS, be forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party. The defendant property shall be disposed of by United States Customs and Border Protection according to law.

DATED:_____

_____
HON. JAMES K. SINGLETON, JR.
United States District Court Judge