DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cv-271-JKS |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF COUNSEL** |
| | ) | **IN SUPPORT OF MOTION FOR** |
| v. | ) | **DECREE OF FORFEITURE** |
| | ) | |
| 720 COUNTERFEIT MICROSOFT | ) | |
| USB-232 CONVERTERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   I, JAMES BARKELEY, am an Assistant United States Attorney and represent the plaintiff, the United States of America, in this action.

   1.   A Verified Complaint for Forfeiture was filed on November 17, 2005. The Complaint alleges that the defendant property, described as 720 COUNTERFEIT MICROSOFT USB-232 CONVERTERS, constitutes imported merchandise which copied or simulated the "Microsoft" registered trademark of Microsoft Corporation and/or bore a

name or mark calculated to induce the public to believe that the property was manufactured in the United States in violation of 15 U.S.C. § 1124, and merchandise imported into the United States without the written consent of the trademark owner to use the registered trademark name at the time of importation in violation of 19 U.S.C. § 1526(a), and is, therefore, subject to forfeiture to the United States of America pursuant to 19 U.S.C. § 1526(e) and 19 U.S.C. § 1595a(c)(2)(C).  Docket 1.

2.      An <u>In Rem</u> Warrant of Arrest was issued by the Clerk of Court on November 17, 2005, providing that all persons interested in the defendant property were required to file their verified statements with the Clerk of Court within 30 days of the earlier of receiving actual notice of execution of process or completed publication of notice, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.  Also pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims, persons claiming an interest in said property shall serve and file their answers within 20 days after the filing of the statement of interest with the Clerk of Court, United States District Court, with a copy thereof sent to the undersigned.

3.      Notice of this action was published by United States Customs and Border Protection in the Alaska Journal of Commerce on February 12, 19, and 26, 2006.  Attached Exhibit 1.

4.      Claimant Magic Control Technology, Corporation (in Taipei, Taiwan) was served on November 18, 2005 with copies of the Verified Complaint for Forfeiture, Request

for Judicial Issuance of In Rem Warrant of Arrest, and In Rem Warrant of Arrest via email to: winnie@mct.com.tw.  Attached Exhibit 2.  The above-referenced email also stated the following: "PLEASE UNDERSTAND THAT EVEN THOUGH YOU FILED A CLAIM IN THE ADMINISTRATIVE ACTION, YOU MUST NOW APPEAR AGAIN IN THIS COURT ACTION, FILE A VERIFIED CLAIM & AN ANSWER TO THE COMPLAINT, AND OTHERWISE RESPOND AS REQUIRED, OR YOU WILL BE DEFAULTED BY THE COURT."  Id.

5. Mutek Transcom, Ltd. (in Great Britain) was served on January 18, 2006 with notice of this judicial forfeiture action, together with copies of the Verified Complaint for Forfeiture and Request for Judicial Issuance of In Rem Warrant of Arrest via Federal Express.  Attached Exhibit 3.

6. Claimant Magic Control Technology, Corporation was served again on January 18, 2006 with notice of this judicial forfeiture action, along with copies of the Verified Complaint for Forfeiture and Request for Judicial Issuance of In Rem Warrant of Arrest via facsimile to: (886) 2-3234-6606.  Attached Exhibit 4.

7. Entry of Default was filed by the Clerk of Court on May 16, 2006.  Docket 6.

8. No claims or answers have been filed in this action.  The United States is simultaneously filing a Motion for Entry of Default Judgment as against all persons and entities claiming an interest in the defendant property.

9. Declarant knows of no reason why a decree for the forfeiture of the defendant property should not now be entered.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 28th day of July, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/James Barkeley
>JAMES BARKELEY
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3699
>Fax: (907) 271-1500
>Email: jim.barkeley@usdoj.gov
>Alaska Bar No. 8306019